# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL EUGENE GAREE, JR., | Case No.: 2:22-cv-01735-MMD-NJK |
| Plaintiff, | **Order** |
| v. | |
| STEWART, *et al.*, | |
| Defendants. | |

According to the Clark County Detention Center inmate database, Plaintiff Samuel Eugene Garee, Jr. is no longer at the address listed with the Court. Additionally, the Court's mail to Plaintiff was returned as undeliverable. Docket No. 5. Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

For the foregoing reasons,

IT IS ORDERED that Plaintiff must file his updated address with the Court no later than **January 30, 2023**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice. The Clerk of the Court is INSTRUCTED to send a courtesy copy of this order to Plaintiff (#1262343) at High Desert State Prison, which is where he is housed per the Nevada Department of Corrections inmate database.

IT IS SO ORDERED.

DATED: December 29, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE