UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL EUGENE GAREE, JR.,<br><br>　　　　　　　　Plaintiff,<br>v.<br>STEWART, *et al.*,<br>　　　　　　　　Defendants. | Case No. 2:22-cv-01735-MMD-NJK<br><br>ORDER |

*Pro se* 42 U.S.C. § 1983 Plaintiff Samuel Eugene Garee, Jr. has filed a notice of change of address (ECF No. 14). It is therefore ordered that the Clerk of Court send a courtesy copy of the recent Screening Order of the First Amended Complaint (ECF No. 13) to Plaintiff at his new address of record.

DATED THIS 6th Day of June 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE